UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
In re: PARK WEST GALLERIES, INC.,   )   MDL No. 09-2076RSL
MARKETING AND SALES PRACTICES       )
LITIGATION                          )
_____)
                                    )   ORDER DENYING PARK WEST'S
THIS DOCUMENT RELATES TO:           )   MOTION TO STRIKE SECOND
                                    )   AMENDED COMPLAINT
Bouverat v. Park West Galleries, Inc.,)
Case No. C09-1177RSL.               )
_____)

This matter comes before the Court on "Park West's Motion to Strike, to Deny Leave to Amend, and for Entry of Final Judgment." MDL09-2076, Dkt. # 68; C09-1177RSL, Dkt. # 112. In an attempt to design a program that would efficiently and economically resolve pretrial matters that appeared likely to arise in this multi-district litigation, the Court preemptively granted plaintiffs leave to "amend the complaints in each of the four pending actions [including <u>Bouverat v. Park West Galleries, Inc.</u>] to add parties and align the allegations and claims asserted." Dkt. # 31. The amended pleading was therefore filed in compliance with Fed. R. Civ. P. 15(a), and defendant's motion to strike is DENIED.

Dated this 17th day of May, 2010.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge